[Docket No. 14]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JAMES R. GUNSON,<br><br>                Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF LABOR,<br>et al.,<br><br>                Defendants. | Civil No. 11-7384 (RMB/JS)<br><br>**MEMORANDUM ORDER** |

THIS MATTER comes before the Court upon a motion to dismiss the Amended Complaint for lack of subject matter jurisdiction by Defendants United States Department of Labor, Department of the Navy, and Agent Donna Robinson [Docket No. 14].  In response, Plaintiff James R. Gunson has informed the Court that he is in the process of addressing the issues in the case with the United States Department of Labor.  Plaintiff states "if Plaintiff's requests are accepted, then all issues in dispute would be resolved and Plaintiff would withdraw his complaint [Docket No. 15, pg. 1].  Subsequent entries on the docket demonstrate that Plaintiff is continuing to discuss this matter with the Department of Labor.

Accordingly, for good cause, this Court hereby administratively terminates this matter and will reinstate the

action upon a letter from Plaintiff that this matter is ripe for adjudication.

Accordingly,

IT IS ON THIS **23rd** DAY OF **October 2012, ORDERED** that this matter be and is hereby administratively terminated until further order of the Court.

> s/Renée Marie Bumb
> RENÉE MARIE BUMB
> UNITED STATES DISTRICT JUDGE